UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BLOOMBERG. L.P., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 23-1428 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 4, 2025, Minute Order, Plaintiff Bloomberg L.P. and Defendant Department of State, by and through the undersigned counsel, respectfully file this Joint Status Report regarding Plaintiff's requests for records relating to regulation of firearm exports. Defendant made productions of non-exempt, responsive material on February 5, 2025, and anticipates making its next production on or around March 19, 2025, and every six weeks thereafter. The parties propose that they file their next Joint Status Report by June 9, 2025.

Dated: March 10, 2025

/s/ Merrick Wayne
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
311 N. Aberdeen Street Third Floor
Chicago, IL 60607
(312) 243-5900
Fax: (312) 243-5902
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: /s/ Erika Oblea
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Attorneys for the United States of America*