UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG. L.P., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 23-1428 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 11, 2025, Minute Order, Plaintiff Bloomberg L.P. and Defendant Department of State, by and through the undersigned counsel, respectfully file this Joint Status Report regarding Plaintiff's requests for records relating to regulation of firearm exports. Defendant made productions of non-exempt, responsive material on March 19, 2025, and anticipates making its next production on or around April 30, 2025, and every six weeks thereafter. Defendant reports that it has approximately 239 potentially responsive documents remaining to process across Plaintiff's remaining three requests, totaling approximately 2,408 pages. Taking into account the necessities of submitter review and the internal and external consultation process, as well as the Defendant's processing rate, the Department predicts it will finish producing records on or around February 1, 2026.

The parties propose that they file their next Joint Status Report by July 9, 2025.

| | |
|---|---|
| Dated: April 10, 2025 | Respectfully submitted, |
| /s/ _____ <br> Matthew Topic, D.C. Bar No. IL0037 <br> Merrick Wayne, D.C. Bar No. IL0058 <br> Stephen Stich Match, D.C. Bar No. MA0044 <br> 311 N. Aberdeen Street Third Floor <br> Chicago, IL 60607 <br> (312) 243-5900 <br> Fax: (312) 243-5902 <br> foia@loevy.com <br><br> *Counsel for Plaintiff* | EDWARD R. MARTIN, JR., D.C. Bar #481866 <br> United States Attorney <br><br> By: /s/ _____ <br> ERIKA OBLEA, D.C. Bar #1034393 <br> Assistant United States Attorney <br> 601 D Street NW <br> Washington, DC 20530 <br> (202) 252-2567 <br> erika.oblea@usdoj.gov <br><br> *Attorneys for the United States of America* |