UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG. L.P., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 23-1428 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 12, 2025, Minute Order, and the Chief Judge's November 13, 2025, Order, Plaintiff Bloomberg L.P. and Defendant Department of State, by and through the undersigned counsel, respectfully file this Joint Status Report regarding Plaintiff's requests for records relating to regulation of firearm exports.

On August 12, 2025, the Court ordered the parties' Joint Status Report to report on "(1) how many pages remain to be released and (2) whether the Parties still anticipate completion of production on February 1, 2026." Aug. 12, 2025, Min. Order.

As of the date of this Joint Status Report, there remain 24 pages left to process in this matter. Since the last parties' Joint Status Report, Defendant made a production of non-exempt, responsive material on September 3, 2025. The government thereafter experienced a lapse in appropriations between October 1, 2025, and November 12, 2025, during which time FOIA processing was paused at the Department of State. Accordingly, Defendant made its next production of nonexempt portions of responsive records today, December 8, 2025, and anticipates making productions every six weeks thereafter. In light of the lapse in appropriations, Defendant also now expects to complete processing on or before March 2, 2026.

The parties propose that they file their next Joint Status Report by February 6, 2026, to report on the status of processing and production.

Dated: December 8, 2025                           Respectfully submitted,

/s/                                               JEANINE FERRIS PIRRO
Matthew Topic, D.C. Bar No. IL0037                United States Attorney
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044          By: /s/
311 N. Aberdeen Street Third Floor                    ERIKA OBLEA, D.C. Bar #1034393
Chicago, IL 60607                                     Assistant United States Attorney
(312) 243-5900                                        601 D Street NW
Fax: (312) 243-5902                                   Washington, DC 20530
foia@loevy.com                                        (202) 252-2567
                                                      erika.oblea@usdoj.gov
*Counsel for Plaintiff*
                                                  *Attorneys for the United States of America*