UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG. L.P.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Civil Action No. 23-1428 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's February 6, 2026, Minute Order, Plaintiff Bloomberg L.P. and Defendant Department of State, by and through the undersigned counsel, respectfully file this Joint Status Report. This Freedom of Information ("FOIA") case involves Plaintiff's requests for records relating to regulation of firearm exports. *See* Compl. ¶¶ 6, 10, 14, 18, ECF No. 1. On February 6, 2026, the Court ordered the parties to file a joint status report "providing an update on the Parties' discussions regarding fees." Feb. 6, 2026, Min. Order.

As previously reported, on February 5, 2026, Plaintiff sent a demand for attorney's fees and costs. Since then, the parties have been engaged in negotiations both via email and on the phone. The parties have reached a settlement agreement in principle. Defendant, however, notes that any settlement agreement is still subject to the final approval of the appropriate official at the Department of Justice and still needs to go through separate settlement approval channels. The parties therefore propose to file another Joint Status Report in approximately thirty days, or on or before April 8, 2026, to report on the status of settlement, unless a stipulation of dismissal is filed before then.

1

| | |
|---|---|
| Dated: March 9, 2026 | Respectfully submitted, |
| */s/ Merrick Wayne* | JEANINE FERRIS PIRRO |
| Matthew Topic, D.C. Bar No. IL0037 | United States Attorney |
| Merrick Wayne, D.C. Bar No. IL0058 | |
| Stephen Stich Match, D.C. Bar No. MA0044 | By: /s/ |
| 311 N. Aberdeen Street Third Floor | ERIKA OBLEA, D.C. Bar #1034393 |
| Chicago, IL 60607 | Assistant United States Attorney |
| (312) 243-5900 | 601 D Street NW |
| Fax: (312) 243-5902 | Washington, DC 20530 |
| foia@loevy.com | (202) 252-2567 |
| | erika.oblea@usdoj.gov |
| *Counsel for Plaintiff* | |
| | *Attorneys for the United States of America* |